

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE ANGLADE**
*Assistant Corporation Counsel*
Labor & Employment Law Division
Phone: 212-356-2432
danglade@law.nyc.gov

July 26, 2023

**BY ECF**

Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 706
New York, New York 10007

      Re:  <u>Bianchi v. City of New York, et al.</u>
           Docket No. 23-CV-04456 (JPO) (SLC)

Dear Judge Oetken:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendant City of New York in the above-referenced matter. I write to request that Defendant City's time to respond to the Complaint be extended to October 2, 2023. The current deadline to respond to the Complaint is August 2, 2023, and this is Defendant City's first request for an extension of time. Plaintiff's counsel consented to the extension request. Currently, no other deadlines or conferences are scheduled.

      Plaintiff, a current NYPD officer, brings this action pursuant to the First Amendment of the Constitution, 42 U.S.C § 1983, and the New York City Human Rights Law, alleging that Defendant City retaliated against him for his protected speech and retaliated against him after he made a complaint of discrimination. <u>See</u> ECF Dkt. No. 1. Plaintiff also asserts a <u>Monell</u> claim.

      The undersigned was assigned to this case on July 25, 2023. The requested extension of time is necessary in order to allow the undersigned to conduct an investigation into the facts of the case, make a representation decision regarding the individual defendant, Andrey Smirnov, and to formulate an appropriate response to the Complaint.[1] Accordingly, Defendant

---

[1] The Office of Corporation Counsel is in the process of determining whether Defendant Andrey Smirnov has been served.

City respectfully requests that the Court grant the requested extension of the time by which Defendant City must respond to the complaint, from August 2, 2023, until October 2, 2023.  I thank the Court for its consideration of this request.

                Respectfully submitted,

                */s/ Dominique Anglade*
                Dominique Anglade
                Assistant Corporation Counsel

cc:  **JOHN SCOLA, ESQ.**
   Law Office of John A. Scola, PLLC
   Attorneys for Plaintiff
   90 Broad Street, Suite 1023
   New York, New York 10004
   (917) 423-1445
   jscola@johnscolalaw.com