UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATHEW BIANCHI,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 23 Civ. 4456 (JPO) (SLC)

CITY OF NEW YORK and ANDREY SMIRNOV,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 19). Accordingly, a telephone conference to schedule a settlement conference is scheduled **Thursday, January 4, 2024 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:       New York, New York
               December 18, 2023

                                  SO ORDERED.

                                  _____
                                  SARAH L. CAVE
                                  United States Magistrate Judge