UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATHEW BIANCHI,

           Plaintiff,

-v-

CITY OF NEW YORK and ANDREY SMIRNOV,

           Defendants.

CIVIL ACTION NO.: 23 Civ. 4456 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF No. 22 is GRANTED, and the Court orders as follows:

1. The settlement conference scheduled for February 28, 2024 is ADJOURNED sine die.

2. The parties shall promptly meet and confer and, by **March 8, 2024**, file a joint letter proposing a new date for the settlement conference.

The Clerk of Court is respectfully directed to close ECF No. 22.

Dated:    New York, New York
           February 23, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge