UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATHEW BIANCHI,

          Plaintiff,

-v-

CITY OF NEW YORK and ANDREY SMIRNOV,

          Defendants.

CIVIL ACTION NO.: 23 Civ. 4456 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 23, 2024, the Court granted Defendants' request to adjourn <u>sine die</u> the settlement conference scheduled for February 28, 2024 (the "Settlement Conference") and directed the parties to file by March 8, 2024 file a joint letter (the "Letter") proposing a new date for the Settlement Conference. (ECF No. 23). The parties failed to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline, and directs the parties to file the Letter by **March 13, 2024**.

Dated:      New York, New York
              March 11, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**