UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATHEW BIANCHI,

          Plaintiff,

-v-

CITY OF NEW YORK and ANDREY SMIRNOV,

          Defendants.

CIVIL ACTION NO. 23 Civ. 4456 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties shall promptly meet and confer and, by **August 16, 2024**, file a joint letter reporting on the status of their settlement discussions and advising whether they request a settlement conference with the Court.

Dated:    New York, New York
            August 13, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge