

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Dominique Anglade**
*Assistant Corporation Counsel*
Phone: (212) 356-2432
danglade@law.nyc.gov

---

> By **September 16, 2024**, the parties shall file a joint letter reporting on the status of their settlement efforts.
>
> SO ORDERED    8/19/2024
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

---

**BY ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Matthew Bianchi v. City of New York, et al.</u>
     No. 23 Civ. 04456 (JPO) (SLC)

Dear Judge Cave:

  I am the Assistant Corporation Counsel in the office of Muriel Good-Trufant, Acting Corporation Counsel of the City of New York, assigned to represent defendants City of New York and Andrey Smirnov in the above-referenced matter. I write, on behalf of the parties, pursuant to the Court's Order, to provide a status report indicating the status of settlement negotiations and advising whether the parties request that the Court schedule a settlement conference. <u>See</u> Minute Entry Order dated August 13, 2024. To date, the parties are still actively engaging in settlement discussions in an effort to resolve this matter. Plaintiff's counsel recently provided Defendant with additional information, which Defendants needed time to verify, and which will further assist the parties in resolving the matter. The parties are hopeful that we can resolve the matter without court intervention. However, if the parties find that they require assistance from the Court to facilitate a settlement, we will promptly contact the Court.

  We thank Your Honor for your attention to this matter.

                Respectfully submitted,

                */s/ Dominique Anglade*
                Dominique Anglade
                Assistant Corporation Counsel

cc: John A. Scola (By ECF)
   Attorney for Plaintiff