UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

MATHEW BIANCHI,

                                                   Plaintiff,

            -against-

THE CITY OF NEW YORK, and ANDREY SMIRNOV,
Individually,

                                                Defendants.
---------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

23-CV-04456 (JPO) (SLC)

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Mathew Bianchi and Defendants City of New York and Andrey Smirnov, as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action against Defendants City and Smirnov is hereby withdrawn, discontinued, and dismissed with prejudice.

Dated:     New York, New York
              September 9, 2024

LAW OFFICE OF JOHN A. SCOLA, PLLC,
ATTORNEYS AT LAW, PLLC
Attorneys for Plaintiff
90 Broad Street, Suite 1023
New York, New York 10006
(917) 423-1445
jscola@johnscolalaw.com

By: _____
    John A. Scola, Esq.

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Rm. 2-144
New York, New York 10007
(212) 356-2432
danglade@law.nyc.gov

By: /s/ Dominique Anglade
    Dominique Anglade
    Assistant Corporation Counsel

23-CV-04456 (JPO) (SLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATHEW BIANCHI,

                                                          Plaintiff,

-against-

THE CITY OF NEW YORK, and ANDREY SMIRNOV, Individually,

                                                          Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL**

*MURIEL GOODE-TRUFANT*
*Acting Corporation Counsel of the City of New York*
    *Attorney for Defendants*
    *100 Church Street, 2-144*
    *New York, New York  10007-2601*

    *Of Counsel:  Dominique Anglade*
    *Tel:  (212) 356-2432*
    *Matter No.  2023-057951*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................, 2024*

*Signed ........................................................................*

*Attorney for ................................................................*